DAVID F. GORHAM, Respondent, *v.* HENRY H. VOUGHT et al., Appellants.

*Gorham* v. *Vought,* 97 App. Div. 632, affirmed.
(Argued January 15, 1906; decided January 30, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 8, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John L. Hill* and *Robert L. Redfield* for appellants.

*Charles Haines* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.